UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID CLIFTON,

    Plaintiff,

v.                                          Case No:  2:13-cv-775-FtM-38DNF

D&M PRODUCE, INC. and ROGER D. PRUETTE,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Mediation Report (Doc. #42) filed on October 30, 2014.  In her report (Doc. #42), the Mediator stated that the case was entirely resolved at mediation.  Because the case was brought pursuant to the Fair Labor Standards Act (FLSA), the parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982). Therefore, the Court directs the parties to submit the settlement information for review.

    Accordingly, it is now

    **ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Plaintiff, David Clifton, is hereby directed to file a Motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

(1) The Motion shall include a copy of the settlement agreement signed by all parties, a brief description of the terms of the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether or not the Plaintiff's claims were settled by compromise, as well as the Plaintiff's Counsel's attorney's fees and costs and whether or not said fees and costs were negotiated separately from the FLSA claim. *See* Boneti v. Embarq management Co., 2009 WL 2371407 (M.D. Fla. August 4, 2009).

(2) The Plaintiff shall provide the Court with said information on or before **November 14, 2014.**

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of October, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record